UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-61852-RAR

XERIANT INC.,

    Plaintiff,

v.

RUSSELL RANDALL,

    Defendant.
_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

**THIS CAUSE** comes before the Court upon *sua sponte* examination of the record. On December 3, 2021, the Court entered an Order Scheduling Mediation [ECF No. 34] ("Order") for May 9, 2022, which was later extended to May 23, 2022 [ECF No. 43]. The Order required the parties to file a mediation report within seven (7) days of the mediation. Order at 1. To date, the parties have not filed a mediation report.

"Pursuant to Fed. R. Civ. P. 41(b), a district court may *sua sponte* dismiss a [litigant's] action for failure to comply with the rules or any order of the court." *Owens v. Pinellas Cty. Sheriff's Dep't*, 331 F. App'x 654, 656 (11th Cir. 2009). "In addition to its power under Rule 41(b), a court also has the inherent ability to dismiss a claim in light of its authority to enforce its orders and provide for the efficient disposition of litigation." *Zocaras v. Castro*, 465 F.3d 479, 483 (11th Cir. 2006). "[A] dismissal without prejudice generally does not constitute an abuse of discretion because the affected party may simply re-file." *See Johnson v. DuBose*, 806 F. App'x 927, 928 (11th Cir. 2020).

Here, the parties have neither complied with the Court's Order nor sought an extension of time within which to do so. More importantly, this is the **fourth time** one or more of the parties have failed to comply with this Court's Orders. *See* [ECF No. 21] (failure to file a joint scheduling report); [ECF No. 30] (failure to schedule mediation); [ECF No. 39] (failure to appear at a telephonic status conference). "A district court need not tolerate defiance of reasonable orders." *Equity Lifestyle Props., Inc. v. Fla. Mowing & Landscape Serv., Inc.*, 556 F.3d 1232, 1241 (11th Cir. 2009); *see also Foudy v. Indian River Cnty. Sheriff's Off.*, 845 F.3d 1117, 1126 (11th Cir. 2017) ("Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order."). The parties' repeated defiance of reasonable Orders, although not contumacious in character, indicates a general inability to comply with the deadlines necessary for the Court to manage the instant case effectively and expeditiously. Consequently, it is hereby

**ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** *without prejudice*. The Clerk of the Court is instructed to **CLOSE** the case, and any pending motions are **DENIED AS MOOT.**

**DONE AND ORDERED** in Fort Lauderdale, Florida this 31st day of May, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**